## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ADRIENE PARADY,

    Plaintiff,

v.                                           CASE NO: 8:07-cv-335-T-26TGW

TAMPA STEEL ERECTING COMPANY,
KENNETH JOHNSON SR., LARRY WHITEHURST,
MR. ROSS, and JOHN DOES 1 through 5,

    Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged as follows:

1) Plaintiff's Motion for Leave to Perfect Service and for an Extension of Time (Dkt. 6) is granted.

2) Plaintiff shall have until July 31, 2007, within which to effect service of process on each Defendant and to file proof of same with the Clerk, failing which the case against each unserved Defendant will be dismissed without prejudice and without further notice.

**DONE AND ORDERED** at Tampa, Florida, on July 9, 2007.

                                       s/*Richard A. Lazzara*
                                       **RICHARD A. LAZZARA**
                                       **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record