# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ADRIENE PARADY,

    Plaintiff,

v.                                    CASE NO: 8:07-cv-335-T-26TGW

TAMPA STEEL ERECTING COMPANY, et al.,

    Defendants.
_____/

## **O R D E R**

Defendant Tampa Steel Erecting Company, through counsel, has filed a motion to compel discovery with regard to events that have been "simmering" for some time. The Court can only wonder whether the motion was filed as a retaliatory response to Plaintiff's motion for protective order. In any event, it is clear to this Court that all counsel need to be reminded of the dictates of Local Rule 2.04(h) which requires counsel to "conduct themselves with civility and in a spirit of cooperation in order to reduce unnecessary cost and delay." Inasmuch as the Court is conducting a status conference in this case on Thursday, January 29th, at 10:00 a.m., to address other discovery issues, Defendant's Motion to Compel Discovery (Dkt. 58) is denied without prejudice. The Court will address the discovery issues raised by the motion at the upcoming status conference. In the meantime, the Court directs counsel to confer *personally* prior to the status conference in a good faith effort to resolve their discovery disputes.

    **DONE AND ORDERED** at Tampa, Florida, on January 26, 2009.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record